## UNITED STATES DISTRICT COURT
### FOR THE
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 02 CR 10160 RWZ |
| | ) | |
| | ) | |
| ERIC FILA | ) | |

### NOTICE OF APPEAL

Pursuant to F.R.A.P., Rules 3 and 4(b), the defendant hereby gives notice of appeal to the United States Court of Appeals for the First Circuit of the sentence imposed upon him in the above-referenced action on January 30, 2003.

Eric Fila
By his attorney,

February 6, 2003

_____
JOHN CHARLES McBRIDE
BBO No. 326960
McBRIDE and NATOLA
240 Commercial Street, Suite 2B
Boston, Massachusetts 02109
(617) 367-8844
Fax (617) 523-5153

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appeal has been served the above date upon Assistant U.S. Attorney John J. Farley by first class mail.

_____
JOHN CHARLES McBRIDE

1