UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
               Plaintiff,       )
                                )
        v.                      )    CRIMINAL NO. 02-10160-RWZ
                                )
ERIC J. FILA,                   )
               Defendant.       )

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c). In support thereof, the United States sets forth the following:

1. On or about May 14, 2002, a Seven Count Criminal Indictment was filed with the District Court charging defendant Eric J. Fila, ("the Defendant" or "Fila"), with Possession of Oxycodone with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1), (Count One); Forging and Counterfeiting Obligations and Securities, in violation of 18 U.S.C. § 471, (Counts Two and Four); Possessing, Concealing, and Passing Counterfeit Obligations and Securities, in violation of 18 U.S.C. § 472, (Counts Three, Five, and Seven); and Dealing in Counterfeit Obligations and Securities, in violation of 18 U.S.C. § 473, (Count Six). The Indictment also included a Forfeiture Allegation, charging the Defendant with Criminal Forfeiture,

pursuant to 18 U.S.C. §§ 492 and 982.[1]

2. The Forfeiture Allegation sought the forfeiture, as a result of the offenses charged in Counts One through Seven of the Indictment, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses alleged in the Indictment, and any and all articles, devices, and other things made, possessed or used, or any material, or apparatus used or fitted or intended to be used, in the making of counterfeits, articles, devices or things, pursuant to 18 U.S.C. § 492, including, but not limited to, the following:

    (a)   One Vision Graphic Monitor Model JD156N, serial number 0736004018;

    (b)   One Micro Innovations Keyboard, serial number C9712324571;

    (c)   One IBM Mouse, serial number 23009904;

    (d)   One SP Super Power Personal Computer;

    (e)   One AST Personal Computer, serial number 116AVA004647;

    (f)   One Umax Astra 1220U Scanner, serial number H860168BC002545;

    (g)   One Epsom Stylus Color 900 Printer, serial number BGL0029616;

    (h)   One Hewlett Packard Color Laserjet 4500, serial number JPICF00645;

---

[1]Since 18 U.S.C. § 492 authorizes civil forfeiture, and no specific statutory provision is made for criminal forfeiture in connection with such violation, 28 U.S.C. § 2461(c) authorizes the Court to enter an order for criminal forfeiture in accordance with the procedures set forth in 21 U.S.C. § 853.

(i) One Western Digital Caviar 31600, serial number WT2891716597;

(j) Two paper cutters; and

(k) Various cables and power cords,

(hereinafter collectively referred to as the "Properties").

3. On or about November 18, 2002, a change of plea hearing was held whereby Fila pled guilty to Counts One through Seven of the Indictment and admitted that the Properties are subject to forfeiture as they constitute, or are derived from, proceeds the Defendant obtained, directly or indirectly, as a result of the offenses alleged in the Indictment, and/or they represent articles, devices, and other things made, possessed or used, or material, or apparatus used or fitted or intended to be used, in the making of counterfeits, articles, devices or things, as alleged in the Indictment.

4. On or about November 22, 2002, this Court issued a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 492; 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c); and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendants' interest in the Properties.

5. On or about January 28, 2003, a sentencing hearing was held whereby the Defendant was convicted of Counts One through Seven of the Indictment and was sentenced to a term of 51 months incarceration. At that time, the Court concurred that the

3

Properties were subject to forfeiture based upon the Defendant's conviction.

6. On January 21, 2003, January 28, 2003, and February 4, 2003, a Notice of Order of Forfeiture was published in the <u>Boston Herald</u> Newspaper pursuant to 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), (see Exhibit A attached hereto).

7. By virtue of the Defendant's guilty plea and subsequent conviction on Counts One through Seven of the Indictment, the United States is now entitled to any and all interest the Defendant has in the above-referenced Properties.

8. To date, no other claims of interest in the Properties have been filed with the Court and the time within which to do so has expired.

WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture against the Properties. A Proposed Order is submitted herewith for the convenience of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: /s/ Shelbey D. Wright
SHELBEY D. WRIGHT
JOHN J. FARLEY
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: (617) 748-3100

Date: 3/4/03

4

## CERTIFICATE OF SERVICE

I, Shelbey D. Wright, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Final Order of Forfeiture, as well as a proposed Final Order of Forfeiture, was served upon John C. McBride, Esquire, McBride and Natola, The Waterfront Building, 240 Commercial Street, Suite 2B, Boston, Massachusetts 02109, as Attorney for the Defendant, Eric J. Fila, by first class mail, postage prepaid.

Shelbey D. Wright
Assistant U.S. Attorney

Date: 3/4/03

N:\LTalbot\wright\Fila\(M) for Final Order of Forfeiture.wpd



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 02-10160-RWZ |
|---|---|
| DEFENDANT<br>ERIC J. FILA | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

| Signature of Attorney or other Originator requesting service on behalf of *Shelbey D. Wright* | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Dec. 10, 2002 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *Arlene L. Parks* | Date<br>1-10-03 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>2-14-03 | Time of Service<br>3:00    [ ] AM   ⋈ PM |
| | Signature, Title and Treasury Agency<br>*[signature]* ABF – DSAIC / USSS | |

REMARKS: USSS Seizure 102·02·002
Notice was published in the Boston Herald newspaper on January 21, 28, 2003 a February 4, 2003.

TD F 90-22.48 (6/96)

GOVERNMENT EXHIBIT<br>A<br>PENGAD-Bayonne, N. J.

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE

# PUBLISHER'S CERTIFICATE

---

Commonwealth of Massachusetts  
County of Suffolk } ss.

On this _____4th_____ day of _Febuary_ A.D. 20 _03_ personally appeared before the undersigned, a Notary Public, within and for

the said county, _Madeleine M. Sheehan_

of the _Boston Herald_ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

_Crim. No. 02-10160-RWZ_ advertisement was published in said newspaper in its issues of

_Jan 21, 28, Feb 4_ A.D. 20 _03_

_Madeleine M Sheehan_

Subscribed and sworn to before me this ____4th____

day of _February_ A.D. 20 _03_

_Valerie Deland_
Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.

NOTICE OF ORDER OF FORFEITURE

Criminal No. 02-10160-RWZ

United States of America, District of Massachusetts, at Boston, Massachusetts, November 22, 2002. Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendant Eric J. Fija in the following property, pursuant to Title 21, United States Code, Section 853 (n) (1), as incorporated by Title 28, United States code, Section 2461 (c):

(a) One Vision Graphic Monitor Model JD156N, serial number 0736004018; (b) One Micro Innovations keyboard, serial number C97123245?1; (c) One IBM Mouse, serial number 2300990402(c) One Sp Super Power personal computer(e) One AST Personal Computer serial number 116AVA004541(f) One Umax Astra 1220U Scanner serial number H860 (68BC00525-4-(g) One Epsom Stylus Color 900 Printer serial number BGL0029616; (h) One Hewlett Packard Color Laserjet 4500, serial number JPJCF00645; (i) One Western Digital Caviar 31600, serial number WM3891719197; (j) Two paper cutters; and (k) Various cables and power cords, hereinafter collectively referred to as the "Properties".

Upon adjudication of all third party interests, the United States of America intends to dispose of the Properties in accordance with the law.

Pursuant to 21 U.S.C. s853 (n) (2) and (3), any person, other than the Defendant, having or claiming to have a legal interest in any of the Properties may, within thirty (30) days of the final publication of notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Properties. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. s853 (n). The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Properties, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim and the relief sought. Upon adjudication of all third party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. s853, in which all such interests will be addressed.

BRUCE TOWNSEND SPECIAL AGENT IN CHARGE, UNITED STATES SECRET SERVICE.
Jan 21, 28, Feb 4